(No. 74-CC-501—■■■■■■■■)

MOBIL OIL CORP., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF
THE SECRETARY OF STATE, Respondent.

*Opinion filed August 14, 1974.*

J. F. MURRAY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W.
FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-702—■■■■■■■■)

DENNIS PASSIS, Claimant, *vs.* STATE OF ILLINOIS, HEALTH
CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

DENNIS PASSIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.